Loss Smith v. The State.

No. 9845.   Delivered October 21, 1925.

Rape—Requested Charge—Practice—On Appeal.

Where a record on appeal contains no statement of facts, the refusal of the trial court to give a requested charge that certain named persons were accomplices, cannot be reviewed by us, as we have no possible way of ascertaining whether or not such charge should have been given, with none of the facts before us.

Appeal from the District Court of Lamar County.   Tried below before the Hon. Geo. P. Blackburn, Judge.

Appeal from a conviction of rape of a female under the age of consent; penalty, five years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

HAWKINS, Judge.—Conviction is for rape upon a female under the age of consent, punishment being fixed at confinement in the penitentiary for five years.

No statement of facts is found in the record. The only exception is one reserved to a refusal of the court to give a special charge in-structing the jury that certain named parties were accomplices. It is manifest that without the statement of facts before us it is impossible to appraise the merits of this requested instruction.

No error appearing from the record, the judgment is affirmed.

*Affirmed.*